# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07.1740   NO FEE
          NO IFP

Jonathan Lee Riches
Plaintiff                    FILED
                             DEC 21 2007        CIVIL NO:

V.                           CLERK U.S. DISTRICT COURT
                             WEST. DIST. OF PENNSYLVANIA

Lenny Dykstra; Gary Sheffield; David Justice; Ken Caminiti; Roger Clemens; Mo Vaughn; Andy Pettitte; Rafael Palmeiro; Jason Giambi; Troy Glaus; Juan Gonzalez; Miguel Tejada; Kevin Brown; Eric Gagne; Wally Joyner; Matt Williams; Barry Bonds; Mark McGwire; Paul Lo Duca; Chuck Knoblauch; Jason Grimsley; Brian Roberts; John Rocker; Benito Santiago; Mike Stanton; Rick Ankiel; David Bell; Jack Cust; Jose Canseco; Paul Byrd; Hal Morris; Denny Neagle; Rondell White; Fernando Vina; Armando Rios; Todd Pratt; Jeremy Giambi; Gary Matthews JR; Kent Merker; Ryan Franklin; Matt Franco; Bobby Estalella; Chris Donnels; Brendan Donnelly; Paxton Crawford; Howie Clark; Jason Christiansen; Mark Carreon; Manny Alexander; Chad Allen; Mike Bell; Marvin Benard; Gary Bennett JR; Larry Bigbie; Ricky Bones; Alex Cabrera; Jay Gibbons; Jose Guillen; Jerry Hairston JR; Matt Herges; Phil Hiatt; Glenallen Hill; Tim Laker; Mike Lansing; Nook Logan; Josias Manzanillo; Cody McKay; Adam Riggs; Mike Judd; Darren Holmes; Todd Hundley; Ryan Jorgensen; Bart Miadich; Dan Naulty; Greg Zaun; Kevin Young; Steve Woodard; Todd Williams; Jeff Williams; Ron Villone; Randy Velarde; Ismael Valdez; Derrick Turnbow; Ricky Stone; David Segui; Scott Schoenewis; F.P. Santangelo; Stephen Randolph; Adam Piatt; Jim Parque; Kent Mercker; Vincent Termini SR; Termini Bros Bakery; Anthony Travia SR; Don Fehr; Cliff Stearns; Bud Selig; Senator George Mitchell; Henry Waxman; Tom Davis; Brian McNamee; www.termini.com; Kirk Radomski; The Mitchell Report;

PAGE 2
Riches v. Dykstra

## Complaint
## BASEBALL STEROID SCANDAL

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court under 42 USC 1983, violations of Steroid distribution, cheating, mistrust, Trading with the Enemy Act, Major League Fraud. Plaintiff seeks $500 million dollars and a Restraining order forbidding defendants from engaging in any current and future Major League Baseball activities, MLB Pensions, MLB Property, MLB Marketing, and entering Baseball Hall of Fame. I seek relief under the Whistleblowing Act.

### 1

Baseball is a Major League Steroid Fraud. I watched baseball and went to many Major League games growing up. I put trust in these Defendants that they perform to the best of their abilities without cheating with steroids. Defendants let me down. I'm suffering major damage from the sport. My head will never be the same.

### 2

Defendants are in a major conspiracy with Termini Bros Bakery in Philadelphia. This Bakery is a major steroid distribution center for Defendants. MLB Players all across the country would order pies and cakes from Termini's and their website Terminis.com that have HGH mixed in with Trans Fat. This allows players to take Hgh under the radar. The Trans Fat helps players keep body fat, so Players can't be detected. The owner of the bakery Vincent Termini Sr. learned of this idea from Balco's Victor Conte. Termini Bakery is also involved with violations of the Trading with the enemy Act and Treason. Terminis has been sending the Iranian Government since Sept 11th, 2001 cherry pies and Birthday cakes laced with Andro, Hgh, and steroids for Iranian soldiers. This allows the soldiers to get bigger and stronger than our soldiers. This endangers National Security. I learned of this plot through Vincent Termini's nephew Joseph Travia, who is my next door neighbor in Solitary confinement at FCI Williamsburg, who told me through the vent. I seek relief through the whistleblowing act. I'm a true American Patriot.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee Riches©