

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
Western DISTRICT OF Pennsylvania
Clerk of Court
U.S. Post office & courthouse
Pittsburgh, PA 15219

FLORENCE SC 295
18 DEC 2007 PM 1 T

15213+1300

HAPPY HOLIDAYS

Dockets.Justia.com